Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−23661−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maya Dgana
   1317 79th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−5789

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:                January 5, 2017
Time:                 11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*61* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/16/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*63* − Certification in Opposition to (related document:61 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/16/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Sarah J. Crouch on behalf of Maya Dgana. (Crouch, Sarah)

and transact such other business as may properly come before the meeting.

Dated: December 7, 2016
JJW: jf

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-23661-VFP
Maya Dgana                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: Dec 07, 2016
                               Form ID: 173              Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db            +Maya Dgana,   1317  79th Street,   North Bergen, NJ 07047-4145
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
               (address filed with court:  AmeriCredit Financial Services,   PO Box 201347,
               Arlington, TX  76006)
cr            +BANK OF AMERICA N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
               Mt. Laurel, NJ 08054-3437
cr            +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
               Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor   NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Hetal  Patel   on behalf of Debtor Maya  Dgana nadiafinancial@gmail.com,  patel.fitzlaw@gmail.com
          Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC cmecf@sternlav.com
          John Philip Schneider   on behalf of Creditor   BANK OF AMERICA N.A. nj.bkecf@fedphe.com
          Laura M. Egerman   on behalf of Creditor   Nationstar Mortgage LLC legerman@rasnj.com,
           gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
          Lauren  Yassine   on behalf of Debtor Maya  Dgana laurenyassine.esq@gmail.com,
           nickfitz.law@gmail.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Nicholas  Fitzgerald   on behalf of Debtor Maya  Dgana nickfitz.law@gmail.com
          Patrick O. Lacsina   on behalf of Creditor   Nationstar Mortgage LLC gshasa@rasnj.com,
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Sarah J. Crouch   on behalf of Debtor Maya  Dgana Nickfitz.law@gmail.com,
           nadiafinancial@gmail.com
                                                                            TOTAL: 10