# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 15−23661−VFP  
        Chapter: 13  
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Maya Dgana  
   1317 79th Street  
   North Bergen, NJ 07047

Social Security No.:  
   xxx−xx−5789

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on October 5, 2015.

   On 12/17/2016 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:                January 19, 2017  
Time:               10:00 AM  
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 19, 2016  
JJW: mg

                                                                                                      James J. Waldron  
                                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-23661-VFP
Maya Dgana                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Dec 19, 2016
                              Form ID: 185             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db          +Maya Dgana,    1317 79th Street,    North Bergen, NJ 07047-4145
cr          ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court:   AmeriCredit Financial Services,    PO Box 201347,
             Arlington, TX  76006)
cr          +BANK OF AMERICA N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
cr          +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,   Suite 202,
             Fairfield, NJ 07004-2927
515634811   +AT&T Mobile,    PO Box 790047,    Saint Louis, MO 63179-0047
515858483    BANK OF AMERICA N.A.,    BANK OF AMERICA N.A.,    P.O. BOX 31785,    TAMPA, FL 33631-3785
515634812   +Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
515634813   +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
515734846    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515634814   +Con Edison,    4 Irving Place,    New York, NY 10003-3598
516015413   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
515634816   +Phelan Hallinan & Diamond PC,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:14     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515634815   +E-mail/Text: bankruptcy@icsystem.com Dec 19 2016 23:39:45     IC Systems,   Attn Bankruptcy,
             444 Highway 96 East,    PO Box 64378,    Saint Paul, MN 55164-0378
515634817   +E-mail/Text: bankruptcy@icsystem.com Dec 19 2016 23:39:45     RCN,    IC System,
             444 Highway 96 East; Po Box 64378,    St. Paul, MN 55164-0378
                                                                                                TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516015414*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:   Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741,
              Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Maya  Dgana nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              John Philip Schneider    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Lauren Yassine    on behalf of Debtor Maya  Dgana laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2016
                               Form ID: 185             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Maya Dgana nickfitz.law@gmail.com
          Patrick O. Lacsina    on behalf of Creditor Nationstar Mortgage LLC gshasa@rasnj.com,
           bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Sarah J. Crouch    on behalf of Debtor Maya Dgana Nickfitz.law@gmail.com,
           nadiafinancial@gmail.com
                                                                           TOTAL: 11