Last revised 8/1/15

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re:  
Maya Dgana

Case No.: __15-23661__

Judge: __Papalia__

Chapter: __13__

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original           ☒ Modified/Notice Required           ☒ Discharge Sought

☐ Motions Included   ☐ Modified/No Notice Required        ☐ No Discharge Sought

Date: __12/16/2016__

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ __130.00__ per __month__ to the Chapter 13 Trustee, starting on __January 1, 2017__ for approximately __19__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☒ Sale of real property
Description: 1317 79th Street, North Bergen, NJ 07047
Proposed date for completion: _____06/01/2017_____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ ____2,115.67____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____Bank of America_____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Marie Ann Greenberg | Trustee Commissions | $466.67 |
| Nicholas Fitzgerald, Esq. | Debtor's Counsel Fees | $1,000.00 |

## Part 4: Secured Claims

a. Curing Default and Maintaining Payments
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America | Mortgage | $206,117.51 | | $0.00 | $2,155.00 - to be paid pending a short sale of the property. |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

3

d. **Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:

e. **Secured Claims to be Paid in Full Through the Plan:**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

4

**Part 7:    Motions**

NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8: Other Plan Provisions**

a. **Vesting of Property of the Estate**
- ☒ Upon confirmation
- ☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:
1) Trustee commissions
2) Priority/Administrative Claims
3) Secured Claim
4) Unsecured claims

d. **Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: 09/08/2015

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Debtor is pursuing a short sale of the property. | The Debtor is going to attempt to sell the property. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

6

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 12/12/16

_____
Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 12/16/16

_____
Debtor

Date: _____

_____
Joint Debtor

7

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-23661-VFP
Maya Dgana                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Dec 19, 2016
                            Form ID: pdf901          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2016.
db          +Maya Dgana,   1317 79th Street,   North Bergen, NJ 07047-4145
cr         ++AMERICREDIT FINANCIAL SERVICES DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:   AmeriCredit Financial Services,   PO Box 201347,
             Arlington, TX  76006)
cr          +BANK OF AMERICA N.A.,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
cr          +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road,   Suite 202,
             Fairfield, NJ 07004-2927
515634811   +AT&T Mobile,   PO Box 790047,   Saint Louis, MO 63179-0047
515858483    BANK OF AMERICA N.A.,   BANK OF AMERICA N.A.,   P.O. BOX 31785,   TAMPA, FL 33631-3785
515634812   +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
515634813   +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
515734846    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515634814   +Con Edison,   4 Irving Place,   New York, NY 10003-3598
516015413  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
515634816   +Phelan Hallinan & Diamond PC,   400 Fellowship Road, Suite 100,   Mount Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Dec 19 2016 23:39:14     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 19 2016 23:39:12     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515634815   +E-mail/Text: bankruptcy@icsystem.com Dec 19 2016 23:39:45     IC Systems,   Attn Bankruptcy,
             444 Highway 96 East,   PO Box 64378,   Saint Paul, MN 55164-0378
515634817   +E-mail/Text: bankruptcy@icsystem.com Dec 19 2016 23:39:45     RCN,   IC System,
             444 Highway 96 East; Po Box 64378,   St. Paul, MN 55164-0378
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516015414*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court:   Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
             Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Hetal Patel    on behalf of Debtor Maya  Dgana nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              John Philip Schneider    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
               gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
              Lauren Yassine    on behalf of Debtor Maya  Dgana laurenyassine.esq@gmail.com,
               nickfitz.law@gmail.com

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 19, 2016
                              Form ID: pdf901          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Debtor Maya Dgana nickfitz.law@gmail.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
          bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Sarah J. Crouch    on behalf of Debtor Maya Dgana Nickfitz.law@gmail.com,
          nadiafinancial@gmail.com

                                                                                                   TOTAL: 11