Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−23661−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maya Dgana
   1317 79th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−5789

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 18, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 74 − 69
Order Granting Application to Employ George Mihalakis as Real Estate Broker to the Debtor. (Related Doc # 69). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/17/2017. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 18, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Maya Dgana  
    Debtor

Case No. 15-23661-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 18, 2017  
                     Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
r      +George Mihalakis,   Weichert Realtors,   310 Main Street,   Fort Lee, NJ 07024-4796

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
       Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com  
       Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Hetal  Patel    on behalf of Debtor Maya  Dgana nadiafinancial@gmail.com, patel.fitzlaw@gmail.com  
       Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
       John Philip Schneider    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com  
       Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
       Lauren  Yassine    on behalf of Debtor Maya  Dgana laurenyassine.esq@gmail.com, nickfitz.law@gmail.com  
       Marie-Ann  Greenberg     magecf@magtrustee.com  
       Nicholas  Fitzgerald    on behalf of Debtor Maya  Dgana nickfitz.law@gmail.com  
       Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
       Sarah J. Crouch    on behalf of Debtor Maya  Dgana nickfitz.law@gmail.com, nadiafinancial@gmail.com  
                                                                                                           TOTAL: 12