UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Sarah J. Crouch, Esq. (SC1174)
Fitzgerald & Associates, PC
649 Newark Avenue
Jersey City, NJ 07306
Phone (201) 533-1100
Counsel for the Debtor

Order Filed on January 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Maya Dgana

Case No.: 15-23661

Chapter: 13

Judge: Papalia

## ORDER AUTHORIZING RETENTION OF

George Mihalakis

The relief set forth on the following page is **ORDERED**.

**DATED: January 17, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____George Mihalakis_____
as _____Real Estate Agent_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Weichert Realtors
   310 Main Street
   Fort Lee, NJ 07024

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-23661-VFP
Maya Dgana                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin          Page 1 of 1          Date Rcvd: Jan 18, 2017
                         Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.
db             +Maya Dgana,    1317 79th Street,    North Bergen, NJ 07047-4145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:
    Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com, njbankruptcynotifications@logs.com
    Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Hetal Patel    on behalf of Debtor Maya Dgana nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
    Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
    John Philip Schneider    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
    Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
    Lauren Yassine    on behalf of Debtor Maya Dgana laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas Fitzgerald    on behalf of Debtor Maya Dgana nickfitz.law@gmail.com
    Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
    Sarah J. Crouch    on behalf of Debtor Maya Dgana nickfitz.law@gmail.com, nadiafinancial@gmail.com
                                                                          TOTAL: 12