# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−23661−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maya Dgana
   1317 79th Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−5789

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/17/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 19, 2017
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Maya Dgana
    Debtor

Case No. 15-23661-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jun 19, 2017
    Form ID: 148    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2017.
```
db          +Maya Dgana,    1317 79th Street,    North Bergen, NJ 07047-4145
cr          +BANK OF AMERICA N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
              Mt. Laurel, NJ 08054-3437
r           +George Mihalakis,    Weichert Realtors,    310 Main Street,    Fort Lee, NJ 07024-4796
cr          +Nationstar Mortgage LLC,    RAS Citron, LLC,    130 Clinton Road,    Suite 202,
              Fairfield, NJ 07004-2927
515634811   +AT&T Mobile,    PO Box 790047,    Saint Louis, MO 63179-0047
515634814   +Con Edison,    4 Irving Place,    New York, NY 10003-3598
516015413  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
515634816   +Phelan Hallinan & Diamond PC,    400 Fellowship Road, Suite 100,    Mount Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2017 22:06:26     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2017 22:06:23     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
cr           EDI: PHINAMERI.COM Jun 19 2017 21:48:00      AmeriCredit Financial Services,   PO Box 201347,
              Arlington, TX 76006
515858483    EDI: BANKAMER.COM Jun 19 2017 21:48:00      BANK OF AMERICA N.A.,    BANK OF AMERICA N.A.,
              P.O. BOX 31785,    TAMPA, FL 33631-3785
515634812   +EDI: BANKAMER.COM Jun 19 2017 21:48:00      Bank of America,    PO Box 5170,
              Simi Valley, CA 93062-5170
515634813   +EDI: CAPITALONE.COM Jun 19 2017 21:48:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
515734846    EDI: CAPITALONE.COM Jun 19 2017 21:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC 28272-1083
515634815   +EDI: IIC9.COM Jun 19 2017 21:48:00      IC Systems,    Attn Bankruptcy,    444 Highway 96 East,
              PO Box 64378,    Saint Paul, MN 55164-0378
515634817   +EDI: IIC9.COM Jun 19 2017 21:48:00      RCN,    IC System,    444 Highway 96 East; Po Box 64378,
              St. Paul, MN 55164-0378
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516015414*  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741,
              Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261-9741)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2017                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    BANK OF AMERICA N.A. nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jun 19, 2017
                              Form ID: 148             Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Hetal  Patel    on behalf of Debtor Maya  Dgana nadiafinancial@gmail.com, patel.fitzlaw@gmail.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com, gshasa@rasnj.com;bkyecf@rasflaw.com;legerman@rasnj.com
          Lauren  Yassine    on behalf of Debtor Maya  Dgana laurenyassine.esq@gmail.com, nickfitz.law@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Maya  Dgana nickfitz.law@gmail.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
          Sarah J. Crouch    on behalf of Debtor Maya  Dgana nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com

                                                                                                      TOTAL: 13